**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6601**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRYL JAMES MCGLAMRY,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., Senior District Judge.  (2:88-cr-00136-UA; 1:05-cv-00881-FWB)

———————————

Submitted: February 15, 2007      Decided:  February 21, 2007

———————————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darryl James McGlamry, Appellant Pro Se. Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl James McGlamry seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under former Fed. R. Crim. P. 35.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. McGlamry, Nos. 2:88-cr-00136-UA; 1:05-cv-00881-FWB (M.D.N.C. filed Mar. 16, 2006 & entered Mar. 17, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED